McFARLANE, Respondent, v. INDUSTRIAL COMMISSION and another, Appellants: HARDWARE MUTUAL CASUALTY COMPANY, Respondent.

*October 10—November 5, 1958.*

For the appellant Industrial Commission there was a brief by the *Attorney General* and *Mortimer Levitan,* assistant attorney general, and oral argument by *Mr. Levitan.*

For the respondent Wynne McFarlane there was a brief by *Callahan & Arnold* of Columbus, and oral argument by *E. Clarke Arnold.*

For the respondent Hardware Mutual Casualty Company there was a brief by *Toebaas, Hart, Kraege & Jackman* of Madison, and oral argument by *W. L. Jackman.*

PER CURIAM.   Of the justices participating in the determination of this case two voted for affirmance and two voted for reversal of the judgment of the circuit court.   Under our rules, therefore, the judgment is affirmed without opinion.

MARTIN, C. J., and BROWN and FAIRCHILD, JJ., took no part.